Josh A. Cohen (SBN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
jcohen@clarencedyer.com

Attorneys for Defendant GARY MIRANDA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GARY MIRANDA,<br><br>    Defendant. | CASE NO. CR-15-0574 TEH<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SENTENCING<br>HEARING FROM APRIL 25, 2016 TO<br>MAY 23, 2016** |

## STIPULATION

Having pled guilty to being a felon in possession of a firearm, in violation of 18 U.SC. § 922(g), and possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1), defendant Gary Miranda is scheduled to be sentenced by this Court on April 25, 2016.

Defense counsel must attend a hearing in San Jose on the afternoon of April 25, 2016.  In addition, defense counsel has requested additional information from the probation officer concerning a prior conviction listed in the draft presentence report.  Accordingly, Mr. Miranda seeks a short continuance of his sentencing date.

The government does not oppose the requested continuance.  The probation officer is not available on May 9, 2016 (the date of the Court's next available criminal calendar), but is

available on May 23, 2016.

Accordingly, the parties agree and stipulate that the sentencing hearing in this matter should be continued to May 23, 2016.

IT IS SO STIPULATED.

DATED: March 28, 2016                          Respectfully submitted,

/s/ Josh Cohen
_____
Josh Cohen
Attorney for GARY MIRANDA

/s/ Andrew Dawson
_____
Andrew Dawson
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the sentencing hearing in this matter presently scheduled for April 25, 2016 shall be continued to May 23, 2016 at 2:30 p.m.

IT IS SO ORDERED.

DATED: __03/30/2016__                          _____
                                               THELTON E. HENDERSON
                                               UNITED STATES DISTRICT JUDGE